Hyland v. Railway Co.

No. 19,680.

JOHN M. HYLAND, *Appellant*, V. THE ATCHISON, TOPEKA & SANTA FE RAILWAY COMPANY and THE CITY OF BALDWIN, *Appellees*.

SYLLABUS BY THE COURT.

TRIAL—*Conflicting Evidence—Demurrer Should be Overruled.* On a demurrer to evidence the trial court can not weigh the conflicting evidence of different witnesses or even material discrepancies between the testimony of a party in chief and on cross-examination, such matters being for the jury.

Appeal from Douglas district court; CHARLES A. SMART, judge. Opinion filed October 9, 1915. Reversed.

*John J. Riling,* and *Edward T. Riling,* both of Lawrence, for the appellant.

*William R. Smith, Owen J. Wood,* and *Alfred A. Scott,* all of Topeka, for the appellees.

The opinion of the court was delivered by

WEST, J.: In this action for damages the court sustained a demurrer to the plaintiff's evidence and rendered judgment for the defendants, from which judgment this appeal is taken.

The abstract contains testimony in support of the allegations of the petition as well as evidence tending to sustain the defendants' claim of contributory negligence, but under the familiar rule conflicting evidence can not be weighed on a demurrer; even material conflict between the testimony of a party in chief and on cross-examination must be left for the jury to settle. (*Acker v. Norman,* 72 Kan. 586, 84 Pac. 531; *Madden v. Stegman,* 88 Kan. 29, 30, 127 Pac. 524; *Green v. Fist,* 89 Kan. 536, 540, 132 Pac. 179; *Smith v. Schriver,* 91 Kan. 582, 585, 138 Pac. 584; *Machine Co. v. Roach,* 91 Kan. 840, 842, 139 Pac. 430; *Terry v. Gravel Co.,* 93 Kan. 125, 129, 143 Pac. 485.)

The judgment is reversed with directions to grant a new trial.